**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL SHUMAN, *et al.*,

                Plaintiffs,

v.

SQUARETRADE, INC.,

                Defendant.

Case No. 3:20-CV-02725-JCS

**DECLARATION OF JENNIFER KEOUGH REGARDING NOTICE ADMINISTRATION**

I, Jennifer Keough, hereby declare and state as follows:

1.     I am the CEO and President of JND Legal Administration LLC ("JND"). I have more than 20 years of experience creating and supervising notice and claims administration programs and have personally overseen well over 1,000 matters.

2.     JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action"), as ordered by the Court in its Order Granting Plaintiffs' Motion for Preliminary Approval ("Preliminary Approval Order"), dated October 17, 2022.

3.     This declaration is intended to supplement JND's Declaration of Jennifer Keough on Settlement Notice Plan, filed September 15, 2022.

## CLASS MEMBER DATA

4.     On October 24, 2022, JND received Class Member data containing the names, addresses, email addresses, purchase and protection plan details, and other identifying information of 884,553 records relating to 704,373 Fast Cash Subclass Members and 1,231 records relating to 1,202 SKU-cap Subclass Members. Prior to loading the information into a database established for this Action, JND updated the contact information for 79,534 Class Member records using the National Change of Address ("NCOA") database.[2]

## DIRECT NOTICE CAMPAIGN

5.     JND sent direct individual Notice to all Class Members for whom the Defendant provided contact information, starting with sending Notice via email where a valid email address was available. Where Defendant was unable to provide a valid email address, or when the email notice was returned as undeliverable, JND then sent a Postcard Notice.

6.     Prior to emailing the Notice, JND evaluated the email for potential spam language to improve deliverability. This process included running the email through spam testing software,

---

[1] Capitalized terms used and otherwise not defined in this Declaration shall have the meanings given to such terms in the Amended and Restated Class Action Settlement Agreement and Release.

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.  This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained in the database for 48 months.

DECLARATION OF JENNIFER KEOUGH
REGARDING NOTICE ADMINISTRATION
3:20-CV-02725 (JCS)

DKIM[3] for sender identification and authorization, and hostname evaluation. Additionally, we checked the send domain against the 25 most common IPv4 blacklists.[4]

7.    JND used industry-leading email solutions to achieve the most efficient email notification campaign. JND provided individualized support during the program and managed its sender reputation with the Internet Service Providers ("ISPs"). We analyzed the program's data and monitored the ongoing effectiveness of the notification program, adjusting the campaign as needed to ensure the highest possible deliverability of the email campaign so that more potential Class Members received Notice.

8.    JND utilized a verification program to eliminate invalid email and spam traps that would otherwise negatively impact deliverability. JND then cleaned the list of email addresses for formatting and incomplete addresses to further identify all invalid email addresses.

9.    To ensure readability of the email, JND reviewed and formatted the body content into a structure that is applicable to all email platforms, allowing the email to pass easily to the recipient. Before launching the email campaign, we sent a test email to multiple ISPs and opened and tested the email on multiple devices (iPhones, Android phones, desktop computers, tablets, etc.) to ensure the email opened as expected.

10.    Additionally, JND included an "unsubscribe" link at the bottom of the email to allow Class Members to opt out of any additional email notices from JND. This step is essential to maintain JND's good reputation among the ISPs and reduce complaints relating to the email campaign.

11.    Between November 3, 2022, and November 16, 2022, JND sent 683,535 Fast Cash Email Notices and 1,202 SKU-cap Email Notices. Representative samples of the Fast Cash Email Notice and SKU-cap Email Notice are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

---

[3] DomainKeys Identified Mail, or DKIM, is a technical standard that helps protect email senders and recipients from spam, spoofing, and phishing.

[4] IPv4 address blacklisting is a common practice. To ensure that the addresses being used are not blacklisted, a verification is performed against well-known IP blacklist databases. A blacklisted address affects the reputation of a company and could cause an acquired IP addresses to be blocked.

12.     Emails that are returned to JND are generally characterized as either "Soft Bounces" or "Hard Bounces." Hard Bounces occur when the ISP rejects the email due to a permanent reason such as the email account is no longer active. Soft Bounces occur when the email is rejected for temporary reasons, such as the recipient's email address inbox is full. When an email was returned to JND as a Soft Bounce, JND attempted to re-email the email notice up to three additional times in an attempt to secure deliverability. Where a Soft Bounce was not ultimately delivered, it is considered a Hard Bounce and determined to be undeliverable.

13.     JND tracked 11,848 Fast Cash Email Notices and 24 SKU-cap Email Notices that were returned to JND as undeliverable and therefore deemed Hard Bounces. JND promptly mailed Postcard Notices to these Class Members.

14.     JND mailed 20,838 Fast Cash Postcard Notices to individuals that did not have a valid email address and did not receive an Email Notice. JND subsequently mailed 11,805 Fast Cash Subclass and 24 SKU-cap Subclass Postcard Notices to Class Members whose emails were returned as undeliverable and who had a valid mailing address.

15.     As of the date of this Declaration, JND has tracked 819 Fast Cash Postcard Notices and 0 SKU-cap Postcard Notices that have been returned to JND as undeliverable from the initial Postcard Notice mailing. JND will continue to track undeliverable Postcard Notices, and remail to an updated mailing address or email address if found. Representative samples of the Fast Cash Postcard Notice and SKU-cap Postcard Notice are attached hereto as **Exhibit C** and **Exhibit D**, respectively.

16.     As of the date of this Declaration, 703,928 Class Members were mailed or emailed at least one Notice which was not returned as undeliverable, representing over 99.76% of the total Class Member population.

## **FAST CASH REMINDER NOTICE CAMPAIGN**

17.     On December 16, 2022, JND commenced sending the first Reminder Notice via email to each Fast Cash Subclass Member who had not submitted a claim, not opted out of the Class, and/or unsubscribed from the email campaign. A representative sample of the Reminder Notice is attached hereto as **Exhibit E**.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SETTLEMENT WEBSITE**

18.    On November 1, 2022, JND established a dedicated website (www.stsettlement.com), which hosts electronic forms for Class Members to submit a claim, change their addresses, exclude themselves, or object to the Settlement. Additionally, the website contains copies of important case documents, including the Amended Settlement Agreement and Preliminary Approval Order. The website also provides answers to frequently asked questions, as well as contact information for the Settlement Administrator and links to the websites of Class Counsel.

19.    As of December 16, 2022, the website has tracked 31,108 unique users with 157,296 pageviews. JND will continue to update and maintain the website throughout the administration process.

**SETTLEMENT ADMINISTRATOR CONTACT INFORMATION**

20.    On November 1, 2022, JND established a case-specific email address (info@stsettlement.com) for Class Members to direct any inquiries or provide information to the Settlement Administrator.

21.    As of the date of this Declaration, the settlement inbox has received 271 emails from Class Members. Of these, none are from Class Members who did not receive a notice.

22.    On November 1, 2022, JND established a case-specific toll-free telephone number (1-888-964-1110) with an interactive voice recording (IVR) for Class Members to obtain more information about the Settlement or to speak with an agent.

23.    As of December 16, 2022, the toll-free telephone number has received 1,107 calls from Class Members. Of these, none are from Class Members who did not receive a notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2022, at Seattle, Washington.

_____
Jennifer Keough

DECLARATION OF JENNIFER KEOUGH
REGARDING NOTICE ADMINISTRATION
3:20-CV-02725 (JCS)

# EXHIBIT A

From: info@stsettlement.com
To: [Class Member email address]
Subject: Shuman v. SquareTrade, Inc. Settlement – Fast Cash Class Members

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SHUMAN, *et al.*, | Case No. 3:20-CV-02725-JCS |
| Plaintiffs, | |
| v. | **NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** |
| SQUARETRADE, INC., | |
| Defendant. | |

**SquareTrade's records show you received a payment under a SquareTrade Fast Cash program.**

**You may be eligible to submit a claim for a supplementary cash payment.**

**Please read this notice carefully as there are deadlines that affect your rights.**

A proposed class action settlement may affect your rights. (A federal court authorized and ordered this notice.)

More information, including how to [make your claim], follows:

**What is the case about?** Plaintiffs allege that SquareTrade under-reimbursed some customers who received replacement cost payments under SquareTrade's Fast Cash program. SquareTrade denies this.

Under the proposed class action settlement, if you believe the Fast Cash payment amount you received was less than the cost of replacing your product, you can submit a claim for additional reimbursement.

As part of the settlement, SquareTrade has also agreed to modify its Fast Cash claims process to include a disclosure, at the time the customers are presented with the amount of the Fast Cash payment, that if a replacement item costs more than the Fast Cash payment, the customer can submit documentation of this and receive additional reimbursement, up to the amount they originally paid for their item.

The class is represented by the following attorneys:

| | |
|---|---|
| William Anderson<br>Handley Farah & Anderson PLLC<br>5353 Manhattan Circle, Suite 204<br>Boulder, CO 80303<br>P: 303-800-9109<br>F: 844-300-1952<br>wanderson@hfajustice.com<br>www.hfajustice.com | Amanda Karl (she/her) \| Partner<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>(510) 350-9243<br>amk@classlawgroup.com<br>www.classlawgroup.com |

A federal court has preliminarily approved this settlement and will consider final approval of the settlement once responses have been received.

Additional information about the case may be found online, via PACER at https://pacer.uscourts.gov/. The case is pending in the District Court for the Northern District of California, and the case number is 3:20-cv-02725-JCS. Court records may also be accessed in person by visiting the Clerk's Office at 450 Golden Gate Avenue, San Francisco, California 94102.

**Submit a claim for payment**: View your [personalized claim form] to submit your claim. Payments will be made on valid claims if the court approves this settlement. **YOU MUST SUBMIT A CLAIM BY FEBRUARY 14, 2023**. **Your Unique ID is [UNIQUE ID] and your PIN is [PIN].**

**Check your address**: You should double-check your address below and update your address if needed to ensure any settlement payment is sent to the right place. If the address box below is blank or if the address is incorrect, please submit a Change of Address form to update your address.

| |
|---|
| <<name>><<address>>, <<city>>, <<state>> <<zip>> |

**To Opt-Out**:  If you wish to forego these benefits and not participate in the settlement, you may exclude yourself. To opt-out, you may either send an opt-out request by U.S. mail to Shuman v. SquareTrade, Inc, c/o JND Legal Administration, PO Box 91389, Seattle, WA 98111 OR you may opt-out online by submitting an Exclusion Form for more information. **THE DEADLINE FOR OPTING OUT OF THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**To Object**: If you wish to object to the proposed settlement, you may do so by submitting an Objection Form or by visiting  www.stsettlement.com for more information. **THE DEADLINE FOR OBJECTING TO THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

FOR COMPLETE INFORMATION ABOUT THE SETTLEMENT,
PLEASE VISIT WWW.STSETTLEMENT.COM.

If you do not have internet access, request a paper copy of
the long-form notice by calling 888-964-1110.

# EXHIBIT B

From: info@stsettlement.com
To: [Class Member email address]
Subject: Shuman v. SquareTrade, Inc. Settlement – SKU Cap Class Members

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MICHAEL SHUMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARETRADE, INC.,<br><br>Defendant. | Case No. 3:20-CV-02725-JCS<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** |

**SquareTrade's records show you received a payment under a SquareTrade Protection Plan.**

**You are eligible for a supplementary cash payment.**

**Please read this notice carefully as there are deadlines that affect your rights.**

A proposed class action settlement may affect your rights. (A federal court authorized and ordered this notice.)

**What is the case about?** Plaintiffs allege that SquareTrade under-reimbursed some customers who received payments under SquareTrade Protection Plans.

SquareTrade's records indicate that SquareTrade inadvertently applied a cap ("SKU Cap") on a payment made to you under a Protection Plan, limiting the reimbursement that you received. The proposed class action settlement, if approved, will feature an automatic payment to you to reimburse you the difference between the amount you received and the price you paid for your covered product.

Under the Settlement, SquareTrade is undertaking a thorough review of its systems to eliminate this error going forward.

The class is represented by the following attorneys:

| | |
|---|---|
| William Anderson<br>Handley Farah & Anderson PLLC<br>5353 Manhattan Circle, Suite 204<br>Boulder, CO 80303<br>P: 303-800-9109<br>F: 844-300-1952<br>wanderson@hfajustice.com<br>www.hfajustice.com | Amanda Karl (she/her) | Partner<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>(510) 350-9243<br>amk@classlawgroup.com<br>www.classlawgroup.com |

A federal court has preliminarily approved this settlement and will consider final approval of the settlement once responses have been received.

Additional information about the case may be found online, via PACER at https://pacer.uscourts.gov/. The case is pending in the District Court for the Northern District of California, and the case number is 3:20-cv-02725-JCS. Court records may also be accessed in person by visiting the Clerk's Office at 450 Golden Gate Avenue, San Francisco, California 94102.

**Check your address**: You should double-check your address below and update your address if needed to ensure any settlement payment is sent to the right place. If the address box below is blank or if the address is incorrect, please submit a Change of Address form to update your address. **Your Unique ID is [UNIQUE ID] and your PIN is [PIN]**.

<<name>>, <<address>>, <<city>>, <<state>> <<zip>>

**To Opt-Out**: If you wish to forego these benefits and not participate in the settlement, you may exclude yourself. To opt-out, you may either send an opt-out request by U.S. mail to Shuman v. SquareTrade Inc. Settlement, c/o JND Legal Administration, PO Box 91389, Seattle, WA 98111, OR you may opt-out online by submitting an Exclusion Form. Please visit www.stsettlement.com for more information. **THE DEADLINE FOR OPTING OUT OF THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**To Object**: If you wish to object to the proposed settlement, you may submit an Objection Form. Please visit www.stsettlement.com for more information. **THE DEADLINE FOR OBJECTING TO THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

FOR COMPLETE INFORMATION ABOUT THE SETTLEMENT, PLEASE VISIT
WWW.STSETTLEMENT.COM.

If you do not have internet access, request a paper copy of
the long-form notice by calling 888-964-1110.

# EXHIBIT C

NOTICE OF PROPOSED
CLASS ACTION SETTLEMENT

**SquareTrade's records
show you received a
payment under
SquareTrade's
Fast Cash program.**

**You may be eligible to
claim a cash payment.**

**Shuman v. SquareTrade Inc.**
c/o JND Legal Administration
P.O. Box 91389
Seattle, WA 98111

«Barcode»
Postal Service: Please do not mark barcode

«Name»
«Addr1»
«Addr2»
«City», «ST» «Zip»
«Country»

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

**Please read this notice carefully as there are deadlines that affect your rights.**

A proposed class action settlement may affect your rights.
(A federal court authorized and ordered this notice.)

More information, including how to make your claim, follows:

**What is the case about?** Plaintiffs allege that SquareTrade under-reimbursed some customers who received payments under SquareTrade's Fast Cash program. SquareTrade denies this.

**What can you receive?** Under the proposed settlement, if you believe you received less from SquareTrade than the cost of replacing your covered product, you can claim additional reimbursement. The claims process should take you less than 5 minutes.

As part of the settlement, SquareTrade has also agreed to modify its Fast Cash claims process to include a disclosure, at the time the customers are presented with the amount of the Fast Cash payment, that if a replacement item costs more than the Fast Cash payment, the customer can submit documentation of this and receive additional reimbursement, up to the amount they originally paid for their item.

**Submit a claim for payment**: Scan the QR code to view your personalized claim form. Payments will be made on valid claims if the court approves this settlement. **YOU MUST SUBMIT A CLAIM BY FEBRUARY 14, 2023.  Your Unique ID is [UNIQUE ID] and your PIN is [PIN].**

The class is represented by the following attorneys: William Anderson, Handley Farah & Anderson PLLC, 5353 Manhattan Circle | Suite 204 | Boulder, CO 80303, P: 303-800-9109, F: 844-300-1952, wanderson@hfajustice.com, www.hfajustice.com & Amanda Karl (she/her) | Partner, Gibbs Law Group LLP, 1111 Broadway, Suite 2100, Oakland, CA 94607, (510) 350-9243, amk@classlawgroup.com, www.classlawgroup.com.



The federal court has preliminarily approved this settlement and will consider final approval of the settlement once responses have been received.

Additional information about the case may be found online, via PACER at https://pacer.uscourts.gov/. The case is pending in the District Court for the Northern District of California, and the case number is 3:20-cv-02725-JCS. Court records may also be accessed in person by visiting the Clerk's Office at 450 Golden Gate Avenue, San Francisco, California 94102.

**Check your address**: You should double-check your address below and update your address if needed to ensure any settlement payment is sent to the right place. If the address box below is incorrect, please use the Change of Address form at secure.stsettlement.com/coa to update your address.

<<name>>, <<address>>, <<city>>, <<state>> <<zip>>

**To Opt-Out:** If you wish to forego these benefits and not participate in the settlement, you may exclude yourself. Please visit www.STSettlement.com for more information. **THE DEADLINE FOR OPTING OUT OF THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**To Object**: If you wish to object to the proposed settlement, you may do so. Please visit www.STSettlement.com for more information. **THE DEADLINE FOR OBJECTING TO THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**FOR COMPLETE INFORMATION ABOUT THE SETTLEMENT, PLEASE VISIT WWW.STSETTLEMENT.COM.**

If you do not have internet access, request a paper copy of the long-form notice by calling 888-964-1110

*Carefully report this Address Change Form at the following:*

*Name: _____*

*Current Address: _____*

_____

_____

PLACE

STAMP

HERE

Shuman v. SquareTrade Inc.
c/o JND Legal Administration
P.O. Box 91389
Seattle, WA 98111

# EXHIBIT D

NOTICE OF PROPOSED
CLASS ACTION SETTLEMENT

# SquareTrade's records show you received a payment under a SquareTrade Protection Plan.

**You are eligible for a supplementary cash payment.**

**Shuman v. SquareTrade Inc.**
c/o JND Legal Administration
P.O. Box 91389
Seattle, WA 98111

«Barcode»

Postal Service: Please do not mark barcode

«Name»
«Addr1»
«Addr2»
«City», «ST» «Zip»
«Country»

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

**Please read this notice carefully as there are deadlines that affect your rights.**

A proposed class action settlement may affect your rights.
(A federal court authorized and ordered this notice.)

**What is the case about?** Plaintiffs allege that SquareTrade under-reimbursed some customers who received payments under SquareTrade Protection Plans.

SquareTrade's records indicate that SquareTrade inadvertently applied a cap ("SKU Cap") on a payment made to you under a Protection Plan, limiting the reimbursement that you received. The proposed class action settlement, if approved, will feature an automatic payment to you to reimburse you the difference between the amount you received and the price you paid for your covered product.

Under the Settlement, SquareTrade is undertaking a thorough review of its systems to eliminate this error going forward.

The class is represented by the following attorneys:

William Anderson
Handley Farah & Anderson PLLC
5353 Manhattan Circle | Suite 204 |
Boulder, CO 80303
P: 303-800-9109
F: 844-300-1952
wanderson@hfajustice.com
www.hfajustice.com

Amanda Karl (she/her) | Partner
Gibbs Law Group LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
(510) 350-9243
amk@classlawgroup.com
www.classlawgroup.com

A federal court has preliminarily approved this settlement and will consider final approval of the settlement once responses have been received.

Additional information about the case may be found online via PACER at https://pacer.uscourts.gov/. The case is pending in the District Court for the Northern District of California, and the case number is 3:20-cv-02725-JCS. Court records may also be accessed in person by visiting the Clerk's Office at 450 Golden Gate Avenue, San Francisco, California 94102.

**Check your address**: You should double-check your address below and update your address if needed to ensure any settlement payment is sent to the right place. If the address box below is incorrect, please use the Change of Address form at secure.stsettlement.com/coa to update your address. Your Unique ID is [UNIQUE ID] and your PIN is [PIN].

<<name>>, <<address>>, <<city>>, <<state>> <<zip>>

**To Opt-Out:** If you wish to forego these benefits and not participate in the settlement, you may exclude yourself. To opt-out, you may either send an opt-out request by U.S. mail to Shuman v SquareTrade Inc. Settlement, c/o JND Legal Administration, PO Box 91389, Seattle, WA 98111, OR you may opt-out online by visiting www.STSettlement/opt-out.  Please visit www.STSettlement.com/opt-out for more information. **THE DEADLINE FOR OPTING OUT OF THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**To Object**: If you wish to object to the proposed settlement, you may do so. Please visit www.STSettlement.com/object for more information. **THE DEADLINE FOR OBJECTING TO THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

### FOR COMPLETE INFORMATION ABOUT THE SETTLEMENT, PLEASE VISIT WWW.STSETTLEMENT.COM.

If you do not have internet access, request a paper copy of
the long-form notice by calling 888-964-1110

*Please return this Address Change Form at least 10 days before:*

*Name:* _____

*Current Address:* _____

_____

_____

PLACE

STAMP

HERE

Shuman v. SquareTrade Inc.
c/o JND Legal Administration
P.O. Box 91389
Seattle, WA 98111

# EXHIBIT E

From: info@stsettlement.com
To: [Class Member email address]
Subject: REMINDER – Shuman v. SquareTrade, Inc. Settlement

---

Shuman v. SquareTrade, Inc. Settlement – Fast Cash Class Reminder Notice

# <u>REMINDER</u>:

## The deadline to file a Claim for payment is February 14, 2023.

Dear [Class Member Name]

You are receiving this notice because you have not yet submitted a claim in the Shuman v. SquareTrade, Inc. Settlement. In order to be eligible to receive a supplementary cash payment pursuant to the Settlement, you must file a claim.

Plaintiffs allege that SquareTrade under-reimbursed some customers who received replacement cost payments under SquareTrade's Fast Cash program. SquareTrade denies this. Under the proposed class action settlement, if you believe the Fast Cash payment amount you received was less than the cost of replacing your product, you can submit a claim for additional reimbursement.

### FILE A CLAIM

**To Submit a Claim:**  Please click the link above or use the Unique ID and PIN listed below and follow the instructions at www.STSettlement.com, where you can find important information about the Settlement such as Key Dates, Important Documents, and answers to Frequently Asked Questions. *If you previously filed a claim, you may disregard this reminder.*

**Your Unique ID is [UNIQUE ID] and your PIN is [PIN].**

The claims process should take you less than 5 minutes!  You simply need to enter in the cost of your replacement product into the box provided, sign, and submit the form.

**To Opt-Out**:  If you wish to forego these benefits and not participate in the settlement, you may exclude yourself. To opt-out, you may either send an opt-out request by U.S. mail to Shuman v. SquareTrade, Inc, c/o JND Legal Administration, PO Box 91389, Seattle, WA 98111 OR you may opt-out online by submitting an Exclusion Form OR by

visiting www.STSettlement.com for more information. **THE DEADLINE FOR OPTING OUT OF THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

**<u>To Object</u>:**  If you wish to object to the proposed settlement, you may do so by submitting an Objection Form OR by visiting  www.STSettlement.com for more information. **THE DEADLINE FOR OBJECTING TO THE PROPOSED SETTLEMENT IS JANUARY 30, 2023.**

*Questions? Please call 1-888-964-1110 or visit www.STSettlement.com.*

To unsubscribe from this list, please click on the following link: <u>Unsubscribe</u>