IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| SHUMAN, *et al*.,<br><br>                            Plaintiffs,<br><br>v.<br><br>SQUARETRADE, INC.,<br><br>                            Defendant | CASE NO. 3:20-CV-02725-JCS<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER KEOUGH REGARDING CAFA NOTICE** |

## DECLARATION OF JENNIFER M. KEOUGH REGARDING

## CAFA NOTICE

I, JENNIFER M. KEOUGH, declare and state as follows:

      1.    I am the CEO and President of JND Legal Administration LLC ("JND"). I have more than 20 years of experience creating and supervising notice and claims administration programs and have personally overseen well over 1,000 matters.

      2.    JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action") for the purposes of administering the Settlement Agreement and Release ("Settlement Agreement") preliminarily approved by the Court in its Order ("Preliminary Approval Order"), dated October 17, 2022.

      3.    This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Settlement Agreement and Release.

-2-

**CAFA NOTICE**

4. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

    a. Original Class Action Complaint in the Action, filed April 20, 2020

    b. First Amended Class Action Complaint in the Action, filed April 22, 2021

    c. Second Amended Class Action Complaint, filed March 23, 2022

    d. Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Settlement; Memorandum of Points and Authorities in Support Thereof, with exhibits, including the Class Action Settlement Agreement and Release and proposed plan of notification to the Settlement Class Members filed on March 23, 2022.

5. The CD-ROM was mailed June 2, 2022 to the appropriate Federal and State officials identified in the attachment with an accompanying cover letter, a copy of which is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 27th of February, 2023 at Seattle, Washington.

_____
JENNIFER M. KEOUGH

# EXHIBIT A



June 2, 2022
By Priority Mail


The Appropriate Federal and
State Officials Identified in
Attachment A


**RE: CAFA Notice of Proposed Class Action Settlement**


Dear Sir or Madam:

This Notice is being provided to you in *Shuman, et al. vs. SquareTrade, Inc.*, the below-referenced alleged class action (the "Action") pending before the Honorable Joseph C. Spero in the United States District Court for the Northern District of California. Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Settlement was filed with the Court on March 23, 2022. The Court has scheduled a preliminary approval hearing to take place on June 3, 2022 at 9:30 am. As of this date, the Court has not scheduled a hearing on a motion for final approval of the proposed settlement.

| | |
|---|---|
| **Case Name:** | *Shuman, et al. vs. SquareTrade, Inc.* |
| **Case Number:** | 3:20-CV-02725-JCS |
| **Jurisdiction:** | *United States District Court for the Northern District of California* |
| **Date Motion for Preliminary Approval of Settlement was filed with Court:** | *March 23, 2022* |

The Defendant denies any and all wrongdoing, denies any liability to Plaintiffs or the proposed settlement class, and denies that Plaintiffs or the proposed class members have suffered any damages attributable to the Defendant's alleged actions. Copies of all materials filed in the Action are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents:

1. Original Class Action Complaint in the Action, filed April 20, 2020.

2. First Amended Class Action Complaint in the Action, filed April 22, 2021.

3. Second Amended Class Action Complaint, filed March 23, 2022.

4. Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Settlement; Memorandum of Points and Authorities in Support Thereof, with exhibits, including the Class Action Settlement Agreement and Release and proposed plan of notification to the Settlement Class Members. Copies of the proposed (i) Proof of Claim and Release Form ("Ex. A – Proof of Claim Form"); (ii) Notice of Proposed Class Action Settlement SKU Cap ("Ex. B – SKU Cap Email Notice"); (iii) Notice of Proposed Class Action Settlement Fast Cash ("Ex. C – Fast Cash Email Notice"); and (iv) Notice of Proposed Class Action Settlement ("Ex. D – Class Notice") are attached as exhibits to the parties' Class Action Settlement Agreement and Release.

While the class period has not yet closed, there will be approximately 650,000 individuals in the class nationwide. Attached to this letter as Attachment B is a summary of the number of Settlement Class Members who reside in each state and the proportionate share by state of Settlement Class Members covered by the Settlement Agreement.

As of the date of this letter:

1. There are no other agreements between Class Counsel and counsel for SquareTrade beyond those set forth in the Settlement Agreement;

2. The Court has not issued any written judicial opinion or order relating to the settlement; and

3. The Court has not ordered any final judgment or notice of dismissal.

If for any reason you believe the enclosed information does not fully comply with Section 1715, please contact Counsel for Defendant identified below, to address any questions you may have:

> **Counsel for Defendant**
> Douglas A. Winthrop
> douglas.winthrop@arnoldporter.com
> Kaitlin A. Robinson
> kaitlin.robinson@arnoldporter.com
> Three Embarcadero Center, 10th Floor
> San Francisco, CA 94111-4024
> Phone: 1 415.471.3100

For questions regarding this Notice, please contact JND at:

> JND Class Action Administration
> 1100 2nd Ave, Suite 300
> Seattle, WA  98101
> Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

**CAFA Notice – Attachment A – Service List**

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave

Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave

Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave

Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW

Atlanta, GA  30334

Holly T. Shikada
Department of the Attorney General
425 Queen Street

Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
Office of the Attorney General
700 W. Jefferson St, Suite 210

Boise, ID  83720

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Daniel Cameron
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Aaron Frey
Office of the Attorney General
6 State House Station

Augusta, ME  04333

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 1400
St. Paul, MN  55101

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

Derek Schmidt
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612

Jeff Landry
Office of the Attorney General
1885 N. Third St

Baton Rouge, LA  70802

Brian E. Frosh
Office of the Attorney General
200 St. Paul Pl

Baltimore, MD  21202

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Eric Schmitt
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT  59601

Josh Stein
Attorney General's Office
114 W Edenton St

Raleigh, NC  27603

Herbert H. Slatery, III
Office of the Attorney General
500 Dr Martin L King Jr Blvd

Nashville, TN  37219

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

T.J. Donovan
Attorney General's Office
109 State St.

Montpelier, VT  05609

Josh Kaul
Attorney General's Office
P.O. Box 7857

Madison, WI  53707

Bridget Hill
Office of the Attorney General
State Capitol Building
200 W 24th St
Cheyenne, WY  82002

Merrick Garland
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501

Ken Paxton
Office of the Attorney General
300 W. 15th St

Austin, TX  78701

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.

Richmond, VA  23219

Bob Ferguson
Office of the Attorney General
1125 Washington St SE

Olympia, WA  98501

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Karl A. Racine
Office of the Attorney General
400 6th St NW

Washington, DC  20001

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

| | |
|---|---|
| Leevin Taitano Camacho<br>Office of the Attorney General<br>Administration Division<br>590 S Marine Corps Dr, Suite 901<br>Tamuning, GU  96913 | Joses R. Gallen<br>Department of Justice<br>P.O. Box PS-105<br>Palikir<br>Pohnpei State, FM  96941 |
| Richard Hickson, Attorney General<br>C/O Marshall Islands Embassy<br>2433 Massachusetts Ave NW<br><br>Washington, DC  20008 | Ernestine K. Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br><br>Koror, PW  96940 |

**Shuman vs. SquareTrade, Inc., et al., Case No. 3:20-CV-02725-JCS**

**CAFA Notice – Attachment B – Settlement Class Member Summary**

| STATE | Approx. # of Class Members | Percentage of Total |
|---|---|---|
| AK | 692 | 0.11% |
| AL | 12,054 | 1.86% |
| AR | 6,613 | 1.02% |
| AZ | 18,233 | 2.81% |
| CA | 71,854 | 11.06% |
| CO | 10,336 | 1.59% |
| CT | 5,679 | 0.87% |
| DC | 940 | 0.14% |
| DE | 1,992 | 0.31% |
| FL | 54,695 | 8.42% |
| GA | 23,706 | 3.65% |
| HI | 2,572 | 0.40% |
| IA | 5,269 | 0.81% |
| ID | 3,387 | 0.52% |
| IL | 26,157 | 4.03% |
| IN | 13,257 | 2.04% |
| KS | 6,286 | 0.97% |
| KY | 8,135 | 1.25% |
| LA | 9,421 | 1.45% |
| MA | 9,800 | 1.51% |
| MD | 11,176 | 1.72% |
| ME | 2,516 | 0.39% |
| MI | 19,614 | 3.02% |
| MN | 8,796 | 1.35% |
| MO | 14,156 | 2.18% |
| MS | 6,052 | 0.93% |
| MT | 1,651 | 0.25% |
| NC | 21,799 | 3.36% |
| ND | 1,151 | 0.18% |
| NE | 3,443 | 0.53% |
| NH | 2,512 | 0.39% |
| NJ | 17,706 | 2.73% |
| NM | 4,962 | 0.76% |
| NV | 6,697 | 1.03% |
| NY | 35,020 | 5.39% |
| OH | 22,933 | 3.53% |
| OK | 7,654 | 1.18% |

| | | |
|---|---:|---|
| OR | 6,052 | 0.93% |
| PA | 26,183 | 4.03% |
| RI | 1,864 | 0.29% |
| SC | 11,250 | 1.73% |
| SD | 1,483 | 0.23% |
| TN | 14,135 | 2.18% |
| TX | 61,925 | 9.53% |
| UT | 5,881 | 0.91% |
| VA | 16,254 | 2.50% |
| VT | 1,045 | 0.16% |
| WA | 9,952 | 1.53% |
| WI | 10,127 | 1.56% |
| WV | 3,515 | 0.54% |
| WY | 993 | 0.15% |